HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| AARON JULIUS, | IN ADMIRALTY |
|---|---|
| Plaintiff, | Case No. 2:20-cv-00520 |
| vs. | |
| MARC OREIRO, IN PERSONAM; F/V FLYIN' TIGER, OFFICIAL NUMBER 562642, HER ENGINES, MACHINERY, APPURTANCES, AND CARGO, IN REM; | **ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST IN PERSONAM DEFENDANT MARC OREIRO** |
| Defendants. | |

This matter having come before the Court on plaintiff's motion for an Order of Entry of Default Judgment against in personam defendant, Marc Oreiro. Plaintiff has complied with Local Rule 55(b) and now seek entry of default judgment on behalf of the plaintiff. The Court has received plaintiff's motion and declarations and hereby grants the default judgment. The Court enters default judgment according to the following terms:

| Judgment Creditor | Aaron Julius |
|---|---|
| Judgment Debtor | Marc Oreiro |

**ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST IN PERSONAM DEFENDANT MARC OREIRO- 1
CASE NO.**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

| Principal Amount | $15,000 |
|---|---|
| Wage Penalty per RCW 49.52.050 and .070 | $15,000 |
| Attorney Fees per RCW 49.48.030 | $4,590 |
| **TOTAL JUDGMENT** | $34,590 |

Dated this 13th day of August, 2020.

Marsha J. Pechman
United States District Judge

***Presented By:***

By:  */s/ John W. Merriam*
     John W. Merriam, WSBA #12749

**ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST IN PERSONAM DEFENDANT MARC OREIRO- 2
CASE NO.**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012